Brett S. Markson (State Bar No. 157424)
*bmarkson@marksonpico.com*
Timothy A. Pico (State Bar No. 180354)
*tpico@marksonpico.com*
MARKSON PICO LLP
444 S. Flower Street, Suite 2160
Los Angeles, CA 90071
Telephone: (213) 895-4000
Facsimile: (213) 895-4376

Brad S. Kane (State Bar No. 151547)
*bkane@kanelaw.la*
Carly A. Valentine (State Bar No. 293701)
*cvalentine@kanelaw.la*
KANE LAW FIRM
1154 S. Crescent Heights Blvd.
Los Angeles, CA 90035
Telephone: (323) 697-9840
Facsimile: (323) 571-3579

Attorneys for Plaintiffs VICENTE TORRES and RANDY VIVAR CARINO, on behalf of themselves and all others similarly situated

NO JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE TORRES, an individual; RANDY VIVAR CARINO, an individual; and all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>AIR TO GROUND SERVICES, INC., an Indiana corporation; FEDERAL EXPRESS CORPORATION, a Delaware, corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV13-03164 SJO (RZx)<br><br>**CERTIFIED CLASS ACTION**<br><br>**JUDGMENT**<br><br>Date: March 31, 2014<br>Time: 10:00 a.m.<br>Ctrm: 1, 2ND Floor<br>Before: Hon. S. James Otero<br><br>*Complaint Filed: 03/13/2013*<br>*Trial Date: Vacated* |

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Judgment is entered in favor of the Certified Class as defined in the Court's Order Granting Final Approval to the Class Action Settlement ("Final Approval Order") and against Defendant AIR TO GROUND SERVICES, INC. ("ATG");

2. CPT Group, Inc., as the class action settlement administer, is authorized to distribute all funds and checks deposited by ATG in accord with the "Memorandum of Understanding" ("MOU") (ECF No. 228-2) and this Court's Final Approval Order; and

3. ATG shall be bound by the Los Angeles Living Wage Ordinance ("LWO") and to comply with its terms in all respects with regard to its operations at the Los Angeles World Airports ("LAWA"). And to the extent that ATG has not already done so, ATG shall change its written policies to comport with the LWO for the benefit of its current and future employees.

Dated:__April 1, 2015._____

_____
The Honorable S. James Otero
United States District Court